IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–00029–EWN–CBS

RICHARD D. CHARLESWORTH,

    Applicant,

v.

HECTOR A. RIOS, JR., Warden FCI Florence,

    Respondent.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge." (#16) The magistrate judge determined that Defendant had accurately calculated Applicant's sentence. Consequently, the magistrate judge recommends dismissal of the Application. Applicant has objected to the recommendation (#18). It appears to the court, however, that Applicant was released from custody on November 15, 2005. His sole challenge was to the calculation of time, and that issue is now moot. He is not "in custody" under the statute and is not entitled to relief. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Application is dismissed with prejudice.

DATED this 20th day of November, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge